UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEATRICE FERNANDES, § § Plaintiff, § -vs- § § DEUTSCHE BANK TRUST COMPANY, § HUBZU USA, INC., and REALHOME § SERVICES AND SOLUTIONS, INC. § § Defendants. § | CASE NO.: 1:15-cv-06928-JBS-KMW |

### NOTICE OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES 2007-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-3, IMPROPERLY NAMED AS DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO STRIKE LIS PENDENS

**TO:** David J. Khawam, Esq.
Law Office of David J. Khawam
216 Haddon Avenue, Suite 604
Westmont, NJ 08108
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that Defendant Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3, improperly named as Deutsche Bank National Trust Company ("Deutsche Bank") will move this Court on **November 16, 2015 at 10:00 a.m**. or as soon thereafter as counsel can be heard for an order striking the Lis Pendens filed by Plaintiff, and for such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that Deutsche Bank will rely on the Memorandum of Law and upon the Certification of Trevor J. Britsch dated October 20, 2015 submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Deutsche Bank requests oral argument if the motion is opposed.

Dated:  Philadelphia, Pennsylvania
         October 21, 2015

**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
215.979.1508 (telephone)
215.979.1020 (facsimile)

By: ___/s/ Brett L. Messinger_
     Brett L. Messinger
     blmessinger@duanemorris.com

Attorneys for Defendant Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3, improperly named as Deutsche Bank National Trust Company